**No. 63759.**—Pez-Haas, Inc. *v.* United States, protests 59/14663 and 59/18853 (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of plastic candy dispensers in chief value of polystyrene, not articles in chief value of cellulose acetate, the claim of the plaintiff was sustained.

**No. 63760.**—Electric & Musical Industries (U.S.), Ltd. *v.* United States, protests 58/4065, 317413–K, and 59/1028 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of recording tapes similar in all material respects to those the subject of *Electric & Musical Industries (US), Ltd. v. United States* (42 Cust. Ct. 87, C.D. 2070), the claim of the plaintiff was sustained.